COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Appellate case name:  Jim P. Benge, M.D. and Kelsey-Seybold Medical Group PLLC v. Lauren Williams

Appellate case number:  01-12-00578-CV

Trial court case number:  2010-52657

Trial court:  164th District Court of Harris County

Appellants Jim P. Benge, M.D. and Kelsey-Seybold Medical Group PLLC have filed their motion to strike appellee Lauren Williams's sur-reply brief, filed in this Court on June 25, 2013. Appellee responded and, in the alternative, filed a motion to file a sur-reply brief exceeding the word limit. Appellants' motion to strike is **granted**. Appellee's sur-reply brief, filed in this Court on June 25, 2013, is stricken.

Appellee may file a sur-reply brief that does not exceed 7,500 words no later than **Monday, July 22, 2013.** *See generally* TEX. R. APP. P. 9.4(i).

Appellee's motion to file a sur-reply exceeding the word limit is **denied**. As to this motion, the ten-day time for determination of a motion under Texas Rule of Appellate Procedure 10.3 is suspended. *See* TEX. R. APP. P. 2.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
☑ Acting individually   ☐ Acting for the Court

Date: July 5, 2013